**EXCHANGE NATIONAL BANK OF CHICAGO, etc., Appellant,**

v.

**Sidney P. ABRAMSON et al., Appellees.**

**No. 19469.**

United States Court of Appeals
Eighth Circuit.

Oct. 14, 1968.

Harold C. Evarts, Minneapolis, Minn., Edgar Bernhard, D'Ancona, Pflaum, Wyatt & Riskind, Chicago, Ill., for appellant.

Theodore J. Collins, St. Paul, Minn., for appellees.

PER CURIAM.

The Court has considered a motion filed by counsel for appellees requesting dismissal of this appeal together with supporting and opposing memorandums. Being fully advised in the premises, it is now here ordered that this appeal be, and it is hereby, dismissed.

Mandate forthwith.